IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CORNELIUS PITTMAN,**
**ADC #161220**  **PLAINTIFF**

VS.  5:17-CV-00337-BRW-JTR

**SCOTT TAYLOR, Captain,**
**Varner Unit, ADC**  **DEFENDANT**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 15th day of April, 2018.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).